# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JOHN HOUTSMA,

    Petitioner,

v.                              CASE NO. 4:19cv133-RH/CAS

TED SHEW, et al.,

    Respondents.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon review,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle District of Florida, Fort Myers Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on April 25, 2019.

                                    s/Robert L. Hinkle
                                    United States District Judge